## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   Nos. 98-100 MM 2022

Respondent   :

v.   :

EVAN WARREN PRICE,   :

Petitioner   :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.